IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PFLIPSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE No. 5:23-cv-954-JKP-ESC |
| WALZEM SHOPS HOLDINGS, LLC | ) |
| d/b/a AUSTIN WALZEM PLAZA, | ) |
| | ) |
| Defendant(s). | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff RYAN PFLIPSEN ("Plaintiff") and Defendant(s), WALZEM SHOPS HOLDINGS, LLC d/b/a AUSTIN WALZEM PLAZA ("Defendants"), collective, the "Parties", respectfully provide this joint notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Parties therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and prepare and file dismissal papers with the Court.

                                                            Respectfully submitted,
                                                            **KURZ LAW GROUP, LLC**
                                                            4355 Cobb Parkway, Suite J-285
                                                           Atlanta, GA 30339
                                                           dennis@kurzlawgroup.com
                                                           (404) 805-2494 Telephone
                                                           (770) 428-5356 Facsimile

                                                           By:  */s/ Dennis R. Kurz*
                                                                  Dennis R. Kurz

        Texas State Bar No. 24068183
        dennis@kurzlawgoup.com
        **ATTORNEYS FOR PLAINTIFF**

        **The McClenahan Law Firm, PLLC**
        14603 Hueber Road, Building 32
        San Antonio, Texas 78230
        barry@mcclenahanlawfirm.com
        (201) 525-9600 Telephone
        (210) 525-9602 Facsimile

By:  */s/ Barry A. McClenahan*
       Barry A. McClenahan
       Texas State Bar No. 13404400
       barry@mcclenahanlawfirm.com
       **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2023, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Barry A. McClenahan
**THE MCCLENAHAN LAW FIRM, PLLC**
14603 Hueber Road, Building 32
San Antonio, Texas 78230
*Attorney for Defendant*

*/s/ Dennis R. Kurz*
Dennis R. Kurz