IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PFLIPSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:23-cv-954-JKP-ESC |
| WALZEM SHOPS HOLDINGS, LLC ) | |
| d/b/a AUSTIN WALZEM PLAZA, ) | |
| ) | |
| Defendant(s). ) | |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff **RYAN PFLIPSEN** ("Plaintiff") respectfully files this unopposed motion with the Court to dismiss the Defendant(s) with prejudice, in that all current obligations under their recently achieved settlement agreement have been reached and, thus, the Parties agree that there are no current issues pertinent to this litigation.

As a result, the Plaintiff would respectfully request that the Court hereby dismiss the within action with prejudice as of the date of the filing of the instant pleading.

Respectfully submitted,
**KURZ LAW GROUP, LLC**
3455 Cobb Parkway, SE, Suite J-285
Atlanta, GA 30339
www.kurzlawgroup.com
(404) 805-2494 Telephone
(770) 428-5356 Facsimile
By:  */s/ Dennis R. Kurz*
     Dennis R. Kurz
     Texas State Bar No. 24068183
     dennis@kurzlawgroup.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of September, 2023, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Barry A. McClenahan
**THE MCCLENAHAN LAW FIRM, PLLC**
14603 Hueber Road, Building 32
San Antonio, Texas 78230
*Attorney for Defendant*

                                              */s/ Dennis R. Kurz*
                                              Dennis R. Kurz