UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**RYAN PFLIPSEN,**

   *Plaintiff*,

v.   Case No. SA-23-CV-0594-JKP

**WALZEM SHOPS HOLDINGS, LLC**
d/b/a AUSTIN WALZEM PLAZA,

   *Defendant*.

## ORDER OF DISMISSAL

Before the Court is *Plaintiff's Unopposed Motion to Dismiss with Prejudice* (ECF No. 11). Plaintiff therein state that the parties have resolved their dispute and seek to dismiss this action with prejudice. Accordingly, the Court **GRANTS** the motion and **DISMISSES** this action with prejudice with each party to bear their respective costs. and costs. This Order disposes of all claims and all issues by and between the parties.

   **IT is so ORDERED.**

   **SIGNED this 25th day of September 2023.**

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE